THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. CANTWELL et al., Appellants, *v.* BIRD S. COLER, as Comptroller of the City of New York, Respondent.

168    643
Case 2
78 AD 568

*People ex rel. Cantwell* v. *Coler*, 61 App. Div. 598, affirmed.
(Argued October 2, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1901, which reversed an order of Special Term granting the motion of relators for a peremptory writ of mandamus

requiring the defendant to pay them a certain sum allowed to them as attorneys for the defendant on a trial for murder, for the compensation of expert witnesses.

*Robert M. Moore* for appellants.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.